No. 77–1177.  SCOTT *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari granted.

No. 77–1337.  NEVADA ET AL. *v.* HALL ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari granted.

No. 77–1388.  MASSACHUSETTS *v.* WHITE.  Sup. Jud. Ct. Mass.  Certiorari granted.

No. 77–123.  LOCAL No. 757, ICE CREAM DRIVERS & EMPLOYEES UNION, ET AL. *v.* BARCLAY'S ICE CREAM CO., LTD.  Ct. App. N. Y.  Certiorari denied.

No. 77–1171.  LATHROP ET UX. *v.* BELL FEDERAL SAVINGS & LOAN ASSN.  Sup. Ct. Ill.  Certiorari denied.

No. 77–1193.  STEARSMAN *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 77–1197.  PULAWA ET AL. *v.* HAWAII.  Sup. Ct. Hawaii.  Certiorari denied.

No. 77–1217.  SIMKOVICH *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 77–1239.  FIRST NATIONAL BANK OF AKRON *v.* JUDICIAL PANEL ON MULTIDISTRICT LITIGATION ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 77–1247.  GIBSON *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.